UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:95CR342 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| Eric Peterson | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

A hearing was conducted on December 1, 2011, regarding a violation report submitted by the U.S. Probation Office regarding violations of the defendant of the terms and conditions of supervised release. The defendant Eric Peterson and his counsel, Darin Thompson appeared. A report and recommendation was filed on August 18, 2011 (see docket # 69). The Court adopts the report and recommendation of Magistrate Judge Kenneth S. McHargh and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant is to continue with the period of supervised release with the additional condition that he serve a 60 day period of home confinement in the Location Monitoring Program and at the direction of the probation officer.

December 1, 2011      */s/ David D. Dowd, Jr.*
Date      David D. Dowd, Jr.
     U.S. District Judge

(1:04CR00477)